IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLEN WILLIAM VIRDEN,**                                               **PLAINTIFF**

v.                    **CASE NO. 4:25-cv-00207-JM-JTK**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1, et al.**                                           **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendants' Motion to Dismiss (Doc. No. 27) is DENIED.

Dated this 12th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE