IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GLEN WILLIAM VIRDEN,                                              PLAINTIFF

v.                          CASE NO. 4:25-cv-00207-JM-JTK

FAULKNER COUNTY DETENTION
CENTER UNIT 1, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  After carefully considering Mr. Virden's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      The Detention Center is TERMINATED as a party to this action;

2.      Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 23) is GRANTED;

3.      Plaintiff's claims against Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies;

4.      Plaintiff's Complaint, as amended (Doc. No. 6) is DISMISSED.

5.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the related Judgment would not be taken in good faith.

Dated this 5th day of January, 2026.


_____
UNITED STATES DISTRICT JUDGE