IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLEN WILLIAM VIRDEN,**  **PLAINTIFF**

v.   CASE NO. 4:25-cv-00207-JM

**FAULKNER COUNTY DETENTION
CENTER UNIT 1, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE